■ KATHLEEN PERRY et al., Respondents, v P. P. R. L., INC., Individually and Doing Business as PHYSICIAN'S PHYSIOLOGICAL RESEARCH LABORATORIES, et al., Appellants, and COLONIAL DANES COMPANY, LTD., Respondent. (Appeal No. 2.) [649 NYS2d 899] —Appeal unanimously dismissed without costs (see, Empire Ins. Co. v Food City, 167 AD2d 983, 984). (Appeal from Order of Supreme Court, Erie County, Sconiers, J.—Reargument.) Present—Denman, P. J., Lawton, Fallon, Wesley and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TUCKER C. McCARTHY, Appellant. [649 NYS2d 873] —Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Burglary, 2nd Degree.) Present—Green, J. P., Pine, Callahan, Doerr and Davis, JJ.